UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSHUA DUNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:17-cv-00537 |
| | ) REEVES/POPLIN |
| SHAWN PHILLIPS, *et al*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the accompanying memorandum opinion, this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED**. Because the Court has **CERTIFIED** in the memorandum that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the civil file.

**E N T E R :**

_____
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/ John L. Medearis*
**CLERK OF COURT**